# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Patrick O. Christian ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:12-cv-21

James Townsend, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 19, 2012 Order.

                                                                     Signed: January 19, 2012

                                                                      Frank G. Johns, Clerk
                                                                      United States District Court